**LAW OFFICES OF**
**DONALD J. WEISS**
**363 Seventh Avenue, 4th Floor**
**New York, New York 10001**
**212-967-4440**
**DJWLAW@MINDSPRING.COM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

November 25, 2019

Honorable Lorna G. Schofield
United States District Court
Southern District
500 Pearl Street
New York, NY 10007

Re: Jose Hernandez v, Sammy's S.B. Rest. Corp., et. al.,
Case # 19 Civ 9006

> Application GRANTED. The initial pretrial conference, scheduled for December 5, 2019, is adjourned to January 9, 2020, at 10:40 a.m. Plaintiffs shall file a status letter regarding the efforts to serve Defendants, or file affidavits of service, by December 6, 2019.
>
> Dated: November 26, 2019
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

An initial case management conference is scheduled on December 5, 2019 at 10:40 am. This case was filed on September 27, 2019. The complaint was sent out to both defendants on October 8, 2019, with a request to waive service. There was no response. The complaint is currently out for service and we have not yet received affidavits of service.

In light of the foregoing, I respectfully request that the upcoming conference be rescheduled to a date in early January. This is the first request for adjournment. In accordance with your rules, any additional order concerning the conference will be mailed to both defendants, along with the original order already sent.

To avoid scheduling conflicts, I am advising the Court that I am on vacation out of state from December 8, 2019 to December 23, 2019.

I appreciate your time and attention to this matter.

Very truly yours,
*Donald J. Weiss*
Donald J. Weiss