```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE HERNANDEZ, et al.,                                     :
                              Plaintiffs,                   :
                                                            :      19 Civ. 9006 (LGS)
              -against-                                     :
                                                            :      ORDER
SAMMYS S.B. REST. CORP., et al.,                            :
                              Defendants.                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference is scheduled for **January 9, 2020, at 10:40 a.m.** It is hereby

**ORDERED** that the conference shall occur in Courtroom 110 of the of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

Dated: January 8, 2020
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**